FILED
OCT 15 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SANTIAGO GUZMAN-MENDEZ,

Defendant

Case No.: 3:26-CR-3766-TWR

**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

Upon the motion of the United States, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: 10/15/26

Todd Robinson

HON. TODD W. ROBINSON
United States District Judge